IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**RAY MARTINEZ,**<br>and<br>**JENIFER O'NEAL,**<br><br>Defendants. | Case No.   3:25-CR-00001-MAK-GAT |

## STATUS REPORT

The United States of America, by and through its attorneys, Adam Sleeper, Acting United States Attorney for the District of the Virgin Islands, and the undersigned attorneys, hereby files this Status Memorandum required by the June 2, 2025, order from Magistrate Judge G. Alan Teague.

To date, the United States has provided fifteen discovery productions to the Defense. These productions have included approximately 2.9 million individual records. These productions include the transcripts associated with this case and materials that are required to be disclosed under *Giglio*.

At this time, the only additional productions known to the United States will include materials that either do not currently exist or are not currently in possession of the government.[1]

---

[1] For example, the United States will continue to produce any documents created that memorialize future interviews and materials produced in the future to the United States from outside sources that are relevant to the case.   The United States will also produce any additional materials that become discoverable once a witness list is finalized in this case.

|  |  |  |
|---|---|---|
|  |  | ADAM SLEEPER<br>Acting United States Attorney |
| Dated: July 9, 2025 | By: | /s/ *Michael Conley*<br>Michael J. Conley<br>Assistant United States Attorney<br>5500 Veteran's Drive, Suite 260<br>St. Thomas, VI 00802<br>(340) 715-9492<br>Michael.Conley@usdoj.gov |
| Dated: July 9, 2025 |  | EDWARD P. SULLIVAN<br>Acting Chief, Public Integrity Section<br>U.S. Department of Justice |
|  | By: | /s/*Alexandre Dempsey*<br>Alexandre M. Dempsey<br>Trial Attorney |